UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

---

MARCUS GREEN,

               Petitioner,

v.                                           9:17-CV-0392
                                                   (BKS)

M. CAPRI,

               Respondent.

---

APPEARANCES:                           OF COUNSEL:

MARCUS GREEN
08-A-3378
Petitioner, pro se
Sing Sing Correctional Facility
354 Hunter Street
Ossining, NY 10562

BRENDA K. SANNES
United States District Judge

## DECISION and ORDER

Petitioner Marcus Green filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. Dkt. No. 1, Petition. He challenges a 2008 judgment of conviction, in the Albany County Court, of course of sexual conduct against a child and other, related charges. *Id.*

On May 19, 2017, the Court directed petitioner to file an affirmation in which he explained why the statute of limitations should not bar his petition. Dkt. No. 6, Decision and Order. Petitioner filed the required affirmation. Dkt. No. 7, Affirmation.

The Court will not dismiss petitioner's petition as untimely at this time. Nor will the Court render any decision regarding whether the petition is timely and, if not, whether

petitioner is entitled to equitable tolling or the application of any equitable exception, until after the respondent has had an opportunity to respond to the petition and to the arguments made by petitioner in his affidavit.

**WHEREFORE**, it is

**ORDERED** that the Clerk serve a copy of this Decision and Order on petitioner in accordance with the Local Rules; and it is

**ORDERED** that the Clerk serve copies of this Decision and Order, the petition (Dkt. No. 1), the Court's May 19, 2017 Decision and Order (Dkt. No. 6), and petitioner's affirmation (Dkt. No. 7) upon respondent and the Attorney General of the State of New York in accordance with Local Rule 72.4(e); and it is

**ORDERED** that the respondent shall file and serve an answer to the petition, and provide the Court with the relevant state court records,[1] within ninety (90) days of the date of this Decision and Order; and it is

**ORDERED** that petitioner may, but is not required to, file a reply within thirty (30) days of the filing date of respondent's answer.  If petitioner chooses to file a reply, it must not exceed fifteen (15) pages in length, excluding exhibits, and the arguments contained in the reply shall be limited to addressing the arguments raised by the respondent in the answer and memorandum of law in opposition to the petition.  This Court will not consider any new grounds for relief or other legal theories asserted by petitioner in his reply that were not previously asserted by him in his petition.  If petitioner fails to file a reply or a request for

---

[1] The records must be arranged in chronological order, sequentially numbered, and conform fully with the requirements of Local Rule 72.4.  If respondent's memorandum of law contains citations to decisions exclusively reported on computerized databases, *e.g.* Westlaw, Lexis, he shall mail copies of those decisions to petitioner, but he need not file them with the Court.  N.D.N.Y. L.R. 7.1 (a)(1).

extension of time within thirty (30) days of the filing date of respondent's papers, he may forfeit his opportunity to file a reply; and it is

**ORDERED** that upon the filing of the reply, if any, or after the deadline to file a reply expires, the Clerk shall forward the file to the Court for further review; and it is

**ORDERED** that all pleadings, motions and other documents relating to this case shall be filed with the Clerk of the United States District Court, Northern District of New York, James Hanley U.S. Courthouse & Federal Building, 7th Floor, 100 South Clinton Street, Syracuse, New York 13261-7367.  The parties must accompany any document filed with the Court with a certificate setting forth the date on which they mailed a true and correct copy of the document to all opposing parties or their counsel.  The Court will strike any filing that does not include a proper certificate of service.  Petitioner must comply with any requests by the Clerk's Office for any documents that are necessary to maintain this case.

This case will not be referred to a Magistrate Judge pursuant to Local Rule 72.3 (c).  General Order No. 32.  Therefore, all motions are to be made returnable before the undersigned on any business day with proper allowance for notice as required by the Local Rules.  All parties must comply with Rule 7.1 of the Northern District of New York in the filing of motions.  All motions will be decided on papers with no appearances and without oral argument unless otherwise ordered by this Court.

**IT IS SO ORDERED.**

Dated:  June 19, 2017

Brenda K. Sannes
U.S. District Judge